Case 5:20-cr-00032-XR   Document 217   Filed 01/15/25   Page 1 of 2

**FILED**
January 15, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAF_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CRIMINAL NO. 5:20-CR-32 (2) XR |
| VS § | |
| § | |
| OSCAR HERNANDEZ III § | |

### ORDER REVOKING SUPERVISED RELEASE AND RE-SENTENCING DEFENDANT

On January 14, 2025, came on to be considered the United States' Motion to Revoke the defendant's Supervised Release. After due hearing, including consideration of all statutorily required factors and revocation policy statements, the Court finds the defendant has violated conditions of his Supervised Release as alleged by the United States, and that the Ends of Justice and the best interests of the public will not be served by continuing the defendant on Supervised Release. Accordingly, for reasons pronounced by the Court and set forth in the Motion to Revoke,

**IT IS ACCORDINGLY, ORDERED** by the Court that the United States' Motion to Revoke the defendant's Supervised Release is **GRANTED**. The term of supervised release originally imposed on August 3, 2022, are hereby revoked and set aside.

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **TIME ALREADY SERVED**. On January 14, 2025, the Court entered an Order releasing the defendant from Marshal custody if there are no pending detainers.

No further term of supervised release is imposed in the above matter.

The Clerk shall provide the United States Marshal with a certified copy of this Order to be authority to said Marshal for his action in the premises.

Signed this 15th day of January, 2025.

_____
**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**